In the Matter of the Claim of DEMETRAS DELINOUSHA and Others, Respondents, v. NATIONAL BISCUIT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that in order to sustain an award the evidence must show, and the Board must find, that the death resulted from an uncontrollable impulse and without conscious volition to produce death. All concur.

BURTON W. FARNHAM, Respondent, v. GRAND CENTRAL PACKARD RENTING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of M. FAUVILLE, Respondent, v. ISLAND PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

BLANCHE FELT, Complainant, v. JAMES E. POWERS, JR., Defendant.— Motion denied.

ELSIE FINCH, WINNIE FINCH, as Committee of the Person and Estate of HOWARD FINCH, an Incompetent Person, and WINNIE FINCH, Appellants, v. DAVID GOLDSTEIN, Respondent.— Decision amended by adding thereto the following: Orin Q. Flint is appointed referee to sell; and the clerk of Greene county is directed to erase from the records any cancellation mark of the mortgage which he may have made as directed by the trial court. Motion for reargument denied.

In the Matter of the Claim of CHARLES FLASPHALER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs.

In the Matter of the Claim of J. FUREY, Respondent, v. METROPOLITAN DEVICES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that there was an injury to claimant's eye-ball causing loss of vision of his eye. All concur.

In the Matter of the Claim of GUSTAVE GEISE, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

MARY GELUNIS, Respondent, v. ABDALLAH T. ABDALLAH and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of ISIDORE GREENBERG, Respondent, v. AMERICAN WINDOW CLEANING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mrs. PATRICK E. HARRIGAN, Respondent, v. H. B. CONKLING and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ROSE HARVEY, etc., Respondent, v. KNICKERBOCKER SLATE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

LEON D. HOADLEY, Appellant, v. ELSIE REBECCA HOADLEY, Respondent.— Order and judgment unanimously affirmed, with costs, on the authority of *Reed* v. *Reed* (195 App. Div. 531), and *Walter* v. *Walter* (217 N. Y. 439).